UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

SANDERS JOHNSON                          CASE NO. 3:22-CV-05044

                                         SECTION P
VS
                                         JUDGE TERRY A. DOUGHTY

WARDEN HEDGEMON ET AL                    MAG. JUDGE KAYLA D. MCCLUSKY

<u>**JUDGMENT**</u>

The Report and Recommendation [Doc. No. 10] of the Magistrate Judge having been

considered, no objections thereto having been filed, and finding that same is supported by the

law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Sanders Johnson's

request for a transfer and claims against Riverbend Detention Center and Assistant Warden

Deville are **DISMISSED** as frivolous and for failing to state claims on which relief may be

granted.

MONROE, LOUISIANA, this 27th day of December 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE